# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DUSTIN DEAKLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **1:12-cv-216** |
| **CAVALRY SPV I, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Dustin Deakle ("Plaintiff") and defendant Cavalry SPV I, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted,

*s/ John R. Cox*
John R. Cox (COX030)
Post Office Box 3075
Daphne, AL  36526
Telephone:  (251) 517-4753
jrc@jrcoxlaw.com

Attorney for Plaintiff
DUSTIN DEAKLE

2006206 v1

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Ricardo A. Woods (WOO109)
Matthew T. Mitchell (MIT050)

BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
rwoods@burr.com


BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com
mmitchel@burr.com

Attorneys for Defendant
CAVALRY SPV I, LLC