# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN DEAKLE, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 12-00216-CB |
| CAVALRY SPV I, LLC, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on a *Joint Stipulation of Dismissal* (Doc. 8) filed by both parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, requesting that this action be dismissed. Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED** that this action is due to be, and hereby is, **DISMISSED** with prejudice, each party to bear its own costs.

**DONE** this 29th day of May, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**